People v Robinson

2026 NY Slip Op 01995

April 1, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Dequan Robinson, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 1, 2026

2023-08958, (Ind. No. 74059/22)

Colleen D. Duffy, J.P.

Barry E. Warhit

Lourdes M. Ventura

Lisa S. Ottley, JJ.

Patricia Pazner, New York, NY (Sam Feldman of counsel), for appellant.

Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Julian Joiris, and Simcha Engelen of counsel), for respondent.

[*1]

DECISION & ORDER

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Phyllis Chu, J.), rendered September 26, 2023, convicting him of attempted criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

ORDERED that the judgment is affirmed.

Contrary to the defendant's contention, he was properly sentenced as a second violent felony offender (see Penal Law § 70.04). The defendant's vague allegations during the plea proceeding were insufficient to warrant a hearing on whether his prior conviction was unconstitutionally obtained (see CPL 400.15[4]; People v Konstantinides, 14 NY3d 1, 15; People v Armstrong, 210 AD3d 900, 901).

The defendant's contention that his sentence as a second violent felony offender is unconstitutional in light of Erlinger v United States (602 US 821) and Apprendi v New Jersey (530 US 466) is unpreserved for appellate review (see CPL 470.05[2]; People v Rosen, 96 NY2d 329, 335; People v Munoz, 237 AD3d 1110, 1111). We decline to review it in the exercise of our interest of justice jurisdiction (see People v Austin, 242 AD3d 763, 764; People v Munoz, 237 AD3d at 1111).

DUFFY, J.P., WARHIT, VENTURA and OTTLEY, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court